Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-13086

| Caption: | |
|---|---|
| Connor Thomas Huntley v. Sheriff of Hillsborough County, Syed Salman, and Amelia J. Tenney-Lamoureux | District and Division: United States District Court, Middle District of Florida, Tampa Division<br>Name of Judge: Hon. Mary S. Scriven<br>Nature of Suit: Civil Rights: Other — 42 U.S.C. § 1983<br>Date Complaint Filed: May 23, 2025<br>District Court Docket Number: 8:25-cv-01318-MSS-CPT<br>Date Notice of Appeal Filed: August 31, 2026<br>☐ Cross Appeal ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes ☑ No<br>If Yes, provide<br>(a) Caption: ____<br>(b) Citation: ____<br>(c) Docket Number: ____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Anthony F. Sabatini, Esq. Sabatini Law Firm, P.A. | 1601 E. First Avenue, Mount Dora, Florida 32757 | Telephone: (352) 455-2928<br>Email: anthony@sabatinilegal.com |
| For Appellee:<br>☐ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other Rule 12(b)(6) Dismissal | Amount Sought by Plaintiff:<br>$ Unspecified<br>Amount Sought by Defendant:<br>$ N/A<br>Awarded:<br>$____<br>to ____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |

11th Circuit Docket Number: ______________________

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? N/A

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute 42 U.S.C. § 1983; Fourth Amendment; Monell v. Department of Social Services
(b) Citation 42 U.S.C. § 1983; U.S. Const. amend. IV; Monell v. Department of Social Services, 436 U.S. 658 (1978)
(c) Docket Number if unreported N/A

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ______________________
(b) Citation ______________________
(c) Docket Number if unreported ______________________
(d) Court or Agency ______________________

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

N/A

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Qualified immunity and probable cause.
Plaintiff's sworn declaration.
Dismissal of the Monell claim.
Dismissal of declaratory relief.
All related adverse rulings.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 24th DAY OF September, 2026.

| | |
|---|---|
| Anthony Sabatini | /s/ Anthony Sabatini |
| NAME OF COUNSEL (Print) | SIGNATURE OF COUNSEL |